UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS GOMEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

v.

DELTA BLUE DIAMOND CORP. *d/b/a* DELTA BLUE DIAMOND, ROUNDSQUARE BUILDERS LLC *d/b/a* ROUNDSQUARE BUILDERS, NEW LINE STRUCTURE & DEVELOPMENT LLC *d/b/a* NEW LINE STRUCTURE & DEVELOPMENT, DIEGO MORALES,

Defendants.

26-CV-7063 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 1, 2026, Bell Law Group, PLLC entered an appearance on the docket on behalf of Defendants Delta Blue Diamond Corp., Diego Morales, New Line Structure & Development LLC, and RoundSquare Builders LLC, and moved on behalf of Defendants for an extension of time to October 9, 2026 to file a responsive pleading to Plaintiff's Complaint. *See* Dkt. 12. The Court granted that motion on September 2, 2026. *See* Dkt. 14. Bell Law Group, PLLC subsequently filed a letter clarifying that it does not in fact represent Defendants New Line Structure & Development LLC and RoundSquare Builders LLC, *see* Dkt. 16, and the Court directed the Clerk of Court to correct the docket to reflect that Bell Law Group, PLLC does not represent these Defendants, *see* Dkt. 17. Yesterday, counsel for Defendant New Line Structure & Development LLC contacted the Court seeking to confirm that its responsive pleading is not due on October 9, 2026, given that it has not yet been served. Accordingly, the Court hereby clarifies

that the responsive pleadings by Defendants New Line Structure & Development LLC and RoundSquare Builders LLC are not due on October 9, 2026.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Ronnie Abrams
United States District Judge